IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT & CYNTHIA DILUGI, h/w | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4724 |
| FRANCIS RAHNER | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on January 30, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

    Michael E. Kunz
    Clerk of Court

    By:_____
    PATRICIA A. JONES
    Deputy Clerk
    Phone:267-299-7072

Date: October 1, 2002

Copies:    Angie Mickie, Courtroom Deputy to Judge Joyner
            Docket Clerk - Case File

    Counsel:    E. Douglas DiSandro, Esq.
                    Howard Kauffman, Esq.
                    John Gerard Devlin, Esq.

ARB2.FRM