```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ROBERT DILUGI and           :      CIVIL ACTION
CYNTHIA DILUGI              :      NO. 2-4724
                            :
      v.                    :
                            :
FRANCIS RAHNER, et al.

## ORDER

**AND NOW**, this      day of June, 2003, **IT IS ORDERED that** the above-captioned matter will be placed in the trial pool (published in the Legal Intelligencer) on September 1, 2003.

By August 16, 2003, plaintiff shall file a pretrial memorandum, as well as proposed points for charge and memoranda of law on disputed or unusual legal issues.

By August 26, 2003, defendant shall file a pretrial memorandum, as well as proposed points for charge and memoranda of law on disputed or unusual legal issues.

                                   **BY THE COURT:**


                                   _____
                                   **J. CURTIS JOYNER, J.**