```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROBERT DILUGI, CYNTHIA DILUGI    :        CIVIL ACTION
                                 :
              v.                 :
                                 :
FRANCIS RAHNER,                  :        NO. 02-4724
LA ROSA BAKERY, INC.,
LA ROSA'S PASTRY SHOP
```

## O R D E R

**AND NOW**, this ____ day of August, 2003, it is hereby **ORDERED** that the above captioned matter is referred to U. S. Magistrate Judge THOMAS J. RUETER, in accordance with 28 U.S.C. § 636 (b) (1) (A), for the exploration of settlement.

**AND IT IS SO ORDERED.**

_____
J. CURTIS JOYNER, J.