```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
ROBERT DILUGI, CYNTHIA DILUGI   :       CIVIL ACTION
                                :
         vs.                    :
                                :       NO. 02-4724
FRANCIS RAHNER,                 :
LA ROSA BAKERY, INC.,           :
LA ROSA PASTRY SHOP             :
```

O R D E R

**AND NOW, TO WIT:** This     day of October, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                              **MICHAEL E. KUNZ**, Clerk of Court


                              **BY:**_____
                                   ADRIENNE MANN
                                   Acting Deputy Clerk




Civ 2 (7/83)
41.1(b)